**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

NOV 3 0 2022

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Colby Jerome Hale-El _____, Plaintiff

v.

Boulder County Jail _____,

Metcalf badge # 1469 _____,

Jarboe badge # 1474 _____,

~~et al~~ Joe Pelle _____ et al , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names of the defendants listed in the above
caption must be identical to those contained in Section B. Do not include addresses here.)*

Hostage **COMPLAINT**

| NOTICE |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Colby Jerome Hale-El, Boulder County Jail, 3200 Airport Road, Boulder, CO, 80391
(Name and complete mailing address)
Appellation   location
(404)791-7590   and   halecolby.201@gmail.com
(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  Boulder County Jail, 3200 Airport Road, Boulder, CO 80391
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 2:  Policy Enforcer Metcalf badge#1469, 3200 Airport Road, Boulder, CO 80391
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3:  Policy Enforcer Jarboe badge#1474, 3200 Airport Road, Boulder, CO 80391
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4:  et al; 3200 Airport Road, Boulder, CO 80391
(Name and complete mailing address)

(Telephone number and e-mail address if known)

2

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

The Treaty of Peace and Friendship between Morocco and The United States, And Article II of the Constitution

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

U.S. Constitution

CLAIM ONE: Due Process  5th Amendment & Petition Government for Redress 1st Amendment & Religious Diet & Freedom of Association

Supporting facts:

I have been trying to file a grievance since I have been here. officers are vetting the Forms here. Telling me whats grievable or not and denying me my Religious Diet. And not giving me access to a pen and manila envelope with a form that I filled out for the Law Library on November 14, 2022. Today is 11-24-2022. Deputy C. Graham badge# 1433 denied this form the same day 11-14-2022. I still havent gotten my Legal supplies yet. There grievance system is set up through inmate request, which inmate is a slave label. I'm a Moorish American National being held hostage. For the record, on the record and let the record reflect. The officers vet the inmate request Form to see if it is valid enough for a grievance completely stopping me from redressing the government. I have been denied medical by officer Joshua Jarboe badge# 1474 on November 19, 2022 and Officer Sean Metcalf 1469 admitted on body camera and a write up, that he wanted me to beg for my inhaler for asthma that I need. By "saying please" on November 20, 2022. I have filled out over ten of these inmate request form. and they were either thrown away or met with refusal. For my religious diet, Legal supplies to answer my Federal legal paperwork in pen and to have grievances readily handed to me. ADDITIONAL PAPER IS ATTACHED for Claims

4

CLAIM TWO: U.S. Constitution 8th Amendment Cruel and Unusual Punishment, Campaign of Harrasment, Medical Negligence, Discrimination, DeNationalization, Supporting facts: And Deliberate Indifference.

On November 9, 2022 policy enforcers Heaton, M. Debell, Pacotti comitted medical negligence, discrimination, and deliberate indifference starting with when me and 3 other people arrived here, of policy enforcer Heaton asked did I want something to eat. Never gave me anything but to eat but did give the other 3 people something to eat. DeBell and Pacotti where instigating the situation and taunting me. I had to ask someone with Melanin in there skin and after they went going to feed me lunch. Until the policy enforcer with Melanin in his skin gave it to me. Since ONLY then Boulder County Jail and it BAD ACTORS of law. Have continued their campaign of harrasment. And have included the Medical staff here. I have heard policy enforcers Jarboe, and Metcalf (on different days). Tell the nurses and one nurse even bring it up as a safety issue. I am assuming this is Protocol for people they don't like. I filled out a "Request Form" on 11-17-2022 asking for a grievance about not only my door being unlocked for several hours while I was asleep, and not getting my medication. I woke up having difficulty breathing and seen that it was between 3:00am - 5:00am. 11-14-2022. Because had the policy enforcers closed in the door I would have woken. But needless to say I opened the suppose to be secure door. What about my Safety. The Campaign of Harrasment continues on 11-19-2022. When policy enforcer "Jarboe cant refused my asthma inhaler and lock me down. The following day policy enforcer Metcalf badge number 1469. Not only refused to give me my inhaler but also wanted me to beg for it by saying "please". He admitted it on body camera and the write up. I am not a dog. I am not going to beg for my pre-existing medical condition medicine. I am a human being and have Human Rights. Metcalf also called me a Soverign Citizen and I have told him plenty of time Im a Moorish American National. So he. DeNationalized me on his write up inwhich is a Federal Crime. The following write up by Metcalf was on 11-20-2022. Boulder County won't provide me with an appeal, a rebuttal, a grievance or spea to speak with Internal Affairs.

5

## Statement of Claims

Claim 3: <u>Medical Negligence</u> - of rash on my arms in here that got infected, the Request Forms for Medical, and grievances are on previous detainment and the dates will have to be put on at a later date. But will be introduced as a failure to Act. My arms and face had gotten infected. I went to the hospital when I gotten out and will introduce the as Exhibits. Also body camera footage of me showing my arms and face begging for treatment. I was even dragged in the cell on one occassion. Arrest date October 15, 2022. 8th Amendment Cruel and Unusual punishment.

Claim 4: 1, 4, 5, 6, 10 Amendment <u>Access to the Courts</u>

I have been denied the Law Library. To be heard in court November 18, 2022. Policy Enforcer Pacotti kept muting me in court. The judge/magistrate couldn't or failed to produce documentation when jurisdiction was challenged. Magistrate Z. Malkinson. I am being denied legal supplies. Have to gain access to the Law Library. Because I am a Moorish American National. And, Presenting myself on all my cases as In propia persona, Sui Juris in Full Life.

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."* A TRO (Temporary Restraining Order) I need for Boulder and Adams County. Wherever I am at during the time. To give me access to the courts through the Law Library and supplies so I can respond to lawsuits and Court cases. Something Boulder has denied me the whole time I have been here. I also want access to Grievance Forms.

I also want monetary for physical and mental damage through medical negligence and discrimination.

I want punitive damages from each person named and to be named in the amount of $150,000.00 per person in his/her private and official capacity.

I want compensatory damages for each person named and to be named in the amount of $ 350,000.00 per person in his/her private and official capacity.

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Colby Jerome Hale-El   All Rights Reserved
(Plaintiff's signature)

~~November 22, 2022~~ November 27, 2022
(Date)

(Revised December 2017)

6